# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CORRIE WRIGHT,** | ) |
| **Plaintiff,** | ) |
| | ) **CIVIL ACTION** |
| v. | ) |
| | ) No. 11-2404-KHV/DJW |
| **CITY OF TOPEKA, KANSAS** | ) |
| **Defendant.** | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on the Motion To Determine Topeka As Place Of Trial (Doc. #10) filed by Defendant City of Topeka, Kansas on December 16, 2011.  Plaintiff has not responded.  Upon consideration of the unopposed motion, the Court finds that it should be granted.  Accordingly, it is hereby **ORDERED** that the Motion To Determine Topeka As Place Of Trial (Doc. #10) filed by Defendant City of Topeka, Kansas on December 16, 2011, is **SUSTAINED**.

Dated this 18th day of January, 2012 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge