## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CORRIE WRIGHT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) No. 11-2404-KHV |
| **CITY OF TOPEKA, KANSAS** | ) |
| | ) |
| **Defendant.** | ) |
| _____) | |

## JUDGMENT IN A CIVIL CASE

**( )  JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )  DECISION BY THE COURT.**  This action came to decision by the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that, pursuant to the Memorandum and Order (Doc. #56), filed August 21, 2012, in that Defendant City Of Topeka's Motion For Summary Judgment (Doc. #27) filed on March 307, 2012 was **SUSTAINED**, plaintiff is to take nothing and this action is dismissed on the merits.

**Dated:  August 21, 2012**　　　　　　　　　　　　　　**TIMOTHY M. O'BRIEN, CLERK**

　　　　　　　　　　　　　　　　　　　　　　　　**s/ Marla Gonzales**
　　　　　　　　　　　　　　　　　　　　　　　　**Marla Gonzales, Deputy Clerk**