# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **CORRIE WRIGHT,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 11-2404-KHV/DJW** |
| ) | |
| **CITY OF TOPEKA, KANSAS,** ) | |
|     **Defendant.** ) | |
| ) | |

## SATISFACTION OF JUDGMENT

Defendant City of Topeka, Kansas informs the court that on July 10, 2015, Plaintiff satisfied the Defendant's Bill of Costs in this matter.

    Respectfully Submitted,

    SIMPSON, LOGBACK, LYNCH, NORRIS, P.A.

    By:    /s/ Lori D. Dougherty-Bichsel
           Janet M. Simpson, KS Bar #11909
           jmsimpson@slln.com
           Lori D. Dougherty-Bichsel, KS Bar #22696
           ldougherty@slln.com
           7400 West 110th Street, Suite 600
           Overland Park, KS 66210
           Telephone:   (913) 342-2500
           Facsimile:     (913) 342-0603
           Attorney for Defendant City of Topeka

## **CERTIFICATE OF SERVICE**

  I, Lori D. Dougherty-Bichsel, hereby certify that the above and foregoing was filed this 16th day of October, 2015, and a copy emailed to Plaintiff as follows:

 Corrie Wright
 cwright@topeka.org

             _/s/ Lori D. Dougherty-Bichsel_____
             Lori D. Dougherty-Bichsel, KS Bar #22696